# Appendix A:

2021 Federal District Court cases in which the defendant's website was using the accessiBe widget on the date that the lawsuit was filed.

|  | Plaintiff | Defendant | Website | Case # | Court |
|---|---|---|---|---|---|
| 1. | Anthony Murphy | VOLKSWAGEN GROUP OF AMERICA, INC | https://drivergear.vw.com/ | 1:2021cv00003 | W.D. PA |
| 2. | Megan D. Erasmus | SkinSpirit Essential, LLC | https://www.skinspirit.com/ | 3:2021cv02361 | N.D. CA |
| 3. | Jay Winegard | Regal Marine Industries, Inc. d.b.a. www.regalboats.com | http://www.regalboats.com/ | 1:2021cv00108 | E.D. NY |
| 4. | Milton Williams | White Flower Farm, Inc. | https://www.whiteflowerfarm.com/ | 1:2021cv00512 | S.D. NY |
| 5. | Dilenia Paguada | Sierra Bullets, L.L.C. | https://www.sierrabullets.com/ | 1:2021cv00563 | S.D. NY |
| 6. | Christian Sanchez | Lumondi, Inc. | https://luminox.com/ | 1:2021cv00547 | S.D. NY |
| 7. | Ramon Jaquez | Techny Advisors LLC | https://www.giftsforyounow.com/ | 1:2021cv00652 | S.D. NY |
| 8. | Ramon Jaquez | Hammond's Candies Since 1920 II, LLC | https://hammondscandies.com/ | 1:2021cv00658 | S.D. NY |
| 9. | Ramon Jaquez | Tubelox Toys, LLC | https://tubelox.com/ | 1:2021cv00663 | S.D. NY |
| 10. | Valerie Brooks | Eurostar, Inc. d.b.a. WSS | https://www.shopwss.com/ | 2:2021cv00134 | E.D. CA |
| 11. | Donna Hedges | ITSUGAR LLC | https://itsugar.com/ | 1:2021cv00729 | S.D. NY |
| 12. | Valerie Brooks | Lola & Soto Business Group, Inc. d.b.a. Miss Lola | https://www.misslola.com/ | 2:2021cv00158 | E.D. CA |
| 13. | Andres Gomez | CALENDARS.COM LLC | https://www.calendars.com/ | 9:2021cv80205 | S.D. FL |
| 14. | Donna Hedges | Mirbeau of Skaneateles L.P. | https://www.mirbeau.com/skaneateles | 1:2021cv00949 | S.D. NY |
| 15. | Stephen Giannaros | Lulu & Georgia, Inc. | https://www.luluandgeorgia.com/ | 1:2021cv10196 | D. Mass |
| 16. | Stephen Giannaros | Ikonick LLC | https://www.ikonick.com/ | 1:2021cv10213 | D. Mass |
| 17. | Milton Williams | American Meadows Inc. | https://www.americanmeadows.com/ | 1:2021cv01267 | S.D. NY |
| 18. | Ramon Jaquez | Smoky Mountain Knife Works, Inc. | https://www.smkw.com/ | 1:2021cv01446 | S.D. NY |
| 19. | Andres Gomez | 23 RESTAURANT | https:// | 9:2021cv80429 | S.D. FL |

| | | SERVICES LLC | www.fordsgarageusa.com/ | | |
|---|---|---|---|---|---|
| 20. | Michelle Tenzer-Fuchs | E.L.F Cosmetics, Inc. | https://www.elfcosmetics.com/ | 2:2021cv01116 | E.D. NY |
| 21. | Donna Hedges | Venus Et Fleur LLC | https://www.venusetfleur.com/ | 1:2021cv01834 | S.D. NY |
| 22. | Kareem Nisbett | BioRomper LLC | https://biromper.com/ | 1:2021cv01958 | S.D. NY |
| 23. | Ramon Jaquez | Groupe SEB USA | https://www.all-clad.com/ | 1:2021cv02032 | S.D. NY |
| 24. | Chris Langer | 3 Blind Mice Window Coverings, Inc. | https://3blindmiceusa.com/ | 3:2021cv00418 | S.D. CA |
| 25. | Milton Williams | Sweet Candy Company | https://www.sweetcandy.com/ | 1:2021cv02206 | S.D. NY |
| 26. | Milton Williams | Hawthorne Food Company | https://esprovisions.com/ | 1:2021cv02305 | S.D. NY |
| 27. | Milton Williams | DPI, Inc. | https://iliveelectronics.com/ | 1:2021cv02532 | S.D. NY |
| 28. | Cristian Sanchez | W.P. Produce Corporation | https://tropicalfruitbox.com/ | 1:2021cv02591 | S.D. NY |
| 29. | Lawrence Young | Lackawanna College | https://www.lackawanna.edu/ | 1:2021cv02648 | S.D. NY |
| 30. | Andres Gomez | TOWNCARE DENTAL PARTNERSHIP, LLC. | https://www.towncaredental.com/ | 1:2021cv21185 | S.D. FL |
| 31. | Steven Matzura | Computer Career Center, L.P. | https://www.vistacollege.edu/ | 1:2021cv02692 | S.D. NY |
| 32. | Steven Matzura | Greenville College | https://www.greenville.edu/ | 1:2021cv02693 | S.D. NY |
| 33. | Marion Kiler | The Farm Project, PBC d.b.a. Lettuce Grow | https://www.lettucegrow.com/ | 1:2021cv01747 | E.D. NY |
| 34. | Dilenia Paguada | Daddies Board Shop, LLC | https://www.daddiesboardshop.com/ | 1:2021cv03016 | S.D. NY |
| 35. | Yony Sosa | Sokolin LLC | https://www.sokolin.com/ | 1:2021cv03225 | S.D. NY |
| 36. | Lynnette Tatum-Rios | Beni Rugs, Inc. | https://www.benirugs.com/ | 1:2021cv03433 | S.D. NY |
| 37. | Yony Sosa | Gallery Of History, Inc. | https://www.historyforsale.com/ | 1:2021cv03747 | S.D. NY |
| 38. | Andres Gomez | Berberian Enterprises, Inc. d.b.a. Jons Marketplace | http://jonsmarketplace.com/weeklyAd.aspx | 2:2021cv03588 | C.D. CA |
| 39. | Chris Langer | Ai Sunset, LLC | https://www.sunsettowerhotel.com/ | 2:2021cv03594 | C.D. CA |
| 40. | Kareem Nisbett | Simple Skiff Beverages, LLC d.b.a. Ohza | https://ohzamimosas.com/ | 1:2021cv03984 | S.D. NY |
| 41. | Emanuel Delacruz | Clutch, Inc. | https://mycarpe.com/ | 1:2021cv04166 | S.D. NY |
| 42. | Blair Douglass | TILLAMOOK COUNTRY SMOKER, LLC | https://tcsjerky.com/ | 2:2021cv00648 | W.D. PA |
| 43. | Jose Quezada | Carson Optical, Inc. | https://carson.com/ | 1:2021cv04515 | S.D. NY |

| | | | | | |
|---|---|---|---|---|---|
| 44. | Rolando Bell | Shaun Flynn, DDS Inc. | https://www.shaunflynndds.com/ | 2:2021cv04166 | C.D. CA |
| 45. | Rolando Bell | Jang Wook Kim DDS, Inc. | http://www.miraclemiledentalcenter.com/ | 2:2021cv04162 | C.D. CA |
| 46. | Megan D. Erasmus | Folsom Plastic Surgery, PC | https://www.psaf.com/ | 2:2021cv00923 | E.D. CA |
| 47. | Milton Williams | Gardens Alive, Inc. | https://www.gurneys.com/ | 1:2021cv01487 | S.D. NY |
| 48. | Luc Burbon | Opinel USA Inc. | https://www.opinel-usa.com/ | 1:2021cv03010 | E.D. N |
| 49. | Emanuel Delacruz | Amigofoods Corp. | https://www.amigofoods.com/ | 1:2021cv05072 | S.D. NY |
| 50. | Domingo Pascual | Edie Parker LLC | https://edie-parker.com/ | 1:2021cv05147 | S.D. NY |
| 51. | Kevin Davis | Jagpreet Enterprises LLC | https://sukhis.myshopify.com/ | 1:2021cv05247 | S.D. NY |
| 52. | Kareem Nisbett | Jamie Young Company | https://www.jamieyoung.com/ | 1:2021cv05246 | S.D. NY |
| 53. | Juan Roman | Doyle & Doyle Ventures, Inc. | https://doyledoyle.com/ | 1:2021cv05331 | S.D. NY |
| 54. | Portia Mason | Michael Aram, Inc. | https://www.michaelaram.com/ | 2:2021cv04965 | C.D. CA |
| 55. | Juan Roman | Greenwich St Jewelers, LLC | https://www.greenwichjewelers.com/ | 1:2021cv05479 | S.D. NY |
| 56. | Victoriano Tavarez | Belmont Peanuts of Southampton, Inc. | https://belmontpeanuts.com/ | 1:2021cv05699 | S.D. NY |
| 57. | Domingo Pascual | McClure's Pickles L.L.C. | https://mcclures.com/ | 1:2021cv05771 | S.D. NY |
| 58. | Kevin Davis | Plano Synergy Holding Inc. | https://www.wildgameinnovations.com/ | 1:2021cv06208 | S.D. NY |
| 59. | Anthony Murphy | ECIG DISTRIBUTORS, INC. | https://www.ejuices.com/ | 1:2021cv00191 | W.D. PA |
| 60. | Anthony Murphy | ALBEE BABY CARRIAGE CO., INC. | https://www.albeebaby.com/ | 1:2021cv00189 | W.D. PA |
| 61. | Anthony Murphy | COPPER PEARL, INC. | https://www.copperpearl.com/ | 1:2021cv00190 | W.D. PA |
| 62. | Anthony Murphy | THRIVE INTERNATIONAL, INC. d.b.a. PETUNIA PICKLE BOTTOM, INC. | https://petunia.com/ | 1:2021cv00197 | W.D. PA |
| 63. | Meghan Downing | Kelley Baker Brows, Inc. | https://www.kelleybakerbrows.com/ | 2:2021cv06102 | C.D. CA |
| 64. | Anthony Murphy | GIRLFRIEND COLLECTIVE LLC | https://www.girlfriend.com/ | 1:2021cv00203 | W.D. PA |
| 65. | Brian Fischler | Jot Labs LLC | https://jot.co/ | 1:2021cv04273 | E.D. NY |
| 66. | Sandy Graciano | Emporium Leather | https://royce.us/ | 1:2021cv06725 | S.D. NY |

| | | Company, Inc. | | | |
|---|---|---|---|---|---|
| 67. | Thuy Thanh Alonzo | Saddle Ranch Holdings, LLC | http://www.thesaddleranch.com/ | 2:2021cv06630 | C.D. CA |
| 68. | Portia Mason | Ron Herman, Inc. | https://www.ronherman.com/ | 2:2021cv06740 | C.D. CA |
| 69. | Eugene Duncan | Ken & Dana Design Inc. | https://shop.kenanddanadesign.com/ | 1:2021cv04820 | E.D. NY |
| 70. | Thuy Thanh Alonzo | California Fish Grill Investments, LLC. | https://www.cafishgrill.com/ | 2:2021cv06956 | C.D. CA |
| 71. | Thuy Thanh Alonzo | Herbert D. Buttercup L.P. | https://hdbuttercup.com/ | 2:2021cv06957 | C.D. CA |
| 72. | Kareem Nisbett | Clear Cut Phocus, LLC | https://www.drinkphocus.com/ | 1:2021cv07458 | S.D. NY |
| 73. | Evelina Calcano | Effy & Co., Inc. | https://www.effyjewelry.com/ | 1:2021cv07514 | S.D. NY |
| 74. | Blair Douglass | ANKER TECHNOLOGY CORPORATION | https://us.anker.com/ | 2:2021cv01205 | W.D. PA |
| 75. | Denise Crumwell | Pipes & Shaw, LLC | https://veronicabeard.com/ | 1:2021cv07694 | S.D. NY |
| 76. | Blair Douglass | WILLIAM PAINTER, INC. | https://www.williampainter.com/ | 2:2021cv01239 | W.D. PA |
| 77. | Anthony Murphy | COLONEL LITTLETON LTD, INC. | https://www.colonellittleton.com/ | 1:2021cv00011 | W.D. PA |
| 78. | Anthony Murphy | EYEBOBS, LLC. | https://www.eyebobs.com/ | 1:2021cv00017 | W.D. PA |
| 79. | Windy Lucius | Zimmermann (USA), Inc. | https://www.zimmermannwear.com/us/ | 1:2021cv20126 | S.D. FL |
| 80. | Anthony Murphy | QUALITY TOOL EQUIPMENT, INC. | https://www.bestbuyautoequipment.com/ | 1:2021cv00040 | W.D. PA |
| 81. | Windy Lucius | Worldwide Golf Enterprises, Inc. | https://www.worldwidegolfshops.com/ | 1:2021cv20620 | S.D. FL |
| 82. | Victor Ariza | Venezia Novelties, Inc. d.b.a. No Boundaries | https://www.noboundariessport.com/ | 1:2021cv21154 | S.D. FL |
| 83. | Blair Douglass | HHGREGG, INC. | https://www.hhgregg.com/ | 2:2021cv00451 | W.D. PA |
| 84. | Brian Fischler | Dorai Home, Inc. | https://doraihome.com/ | 1:2021cv02665 | E.D. NY |
| 85. | Sam Wilson | Tribal Nutrition LLC d.b.a. Kachava | https://www.kachava.com/ | 1:2021cv00743 | W.D. NY |
| 86. | Kareem Nisbett | Park Avenue Leather Goods LLC d.b.a. T. Anthony LLC | https://tanthony.com/ | 1:2021cv05740 | S.D. NY |
| 87. | Stephen Theberge | Drink Eat Well, LLC d.b.a. Hilary's | https://hilaryseatwell.com/ | 1:2021cv11235 | D. Mass |
| 88. | Blair Douglass | HEDLEY AND BENNETT, | https:// | 2:2021cv01165 | W.D. PA |

|     |                 |                                          |                                  |              |         |
|-----|-----------------|------------------------------------------|----------------------------------|--------------|---------|
|     |                 | INC.                                     | www.hedleyandbennett.com/        |              |         |
| 89. | Kareem Nisbett  | Defendant 10000, Inc. d.b.a. Magic Mind  | https://magicmind.co/            | 1:2021cv07425 | S.D. NY |
| 90. | Blair Douglass  | STREETSTRIDER INTERNATIONAL LLC          | https://www.streetstrider.com/   | 2:2021cv01193 | W.D. PA |
| 91. | Blair Douglass  | STATESIDE MERCHANTS LLC                  | https://pairofthieves.com/       | 2:2021cv01191 | W.D. PA |