# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:   (212) 885-5352
Fax:     (212) 202-6187
Email:   samuel.levy@blankrome.com

November 22, 2024

**VIA ECF FILING**

Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

    Re:    *Sherwin K. Parikh MD, P.C. d/b/a Tribeca Skin Center v. accessiBe, Inc.*;
           1:24-cv-04848-PKC

Dear Judge Castel:

    Counsel for the parties in the above-referenced action submit this joint letter with regard to the November 8, 2024 Scheduling Order and subsequent Set/Reset Deadlines Order entered by the Court. The Scheduling Order provides that Defendant may file its dismissal motion by December 5, with Plaintiff's opposition filed by January 9, and Defendant's reply filed by January 23. The Scheduling Order also gave Plaintiffs until December 20 to file a motion to amend their Amended Complaint. The Court's subsequent Set/Reset Deadlines provides, "Motions due by 12/20/2024. Responses due by 1/9/2025 Replies due by 1/23/2025."

    The Parties met to avoid any deadline confusion, and present the following briefing schedule which accommodates party and attorney travel and holiday conflicts:

| | |
|---|---|
| 12/20/24: | Defendant's Motion to Dismiss |
| 01/09/25: | Plaintiffs' Motion to Amend (if any) |
| 01/24/25: | Plaintiffs' Opposition |
| 02/07/25: | Defendant's Reply |

    The parties jointly ask the Court to confirm these deadlines which will alleviate any confusion in the Set/Reset Deadlines Order and accommodate party and attorney schedules.

    Thank you for your attention to this matter.

                                                    Respectfully submitted,

---

*Handwritten order by the Court:*

The Scheduling Order of November 8 remains in full force and effect except that defendant may file its motion to dismiss by December 20, 2024. Plaintiff shall respond by January 24, 2025 and defendant may reply by February 7, 2025. The date by which a motion to amend may be made as set forth in paragraph 2 of the Order is extended to January 9, 2025. The letter motion (ECF 28) is terminated.

SO ORDERED
/s/ P. Kevin Castel
USDJ
11-26-24

# BLANKROME

Hon. P. Kevin Castel, U.S.D.J.
United States District Court
November 22, 2024
Page 2 of 2

| Attorneys for Plaintiffs | Attorneys for Defendant |
|---|---|
| **LAW OFFICES OF ARI BROWN, PLLC** | **BLANK ROME LLP** |
| By: */s/ Ari Brown* <br> Ari Brown | By: */s/ Samuel D. Levy* <br> Samuel D. Levy |
| abrownesq@gmail.com <br> 3909 47th Ave. S <br> Seattle, WA 98118 <br> Telephone: (206) 412-9320 | Martin Krezalek <br> Aubre G. Dean <br> 1271 Avenue of the Americas <br> New York, NY 10021 <br> (212) 885-5000 |

David Stein
David Nieporent
**Stein & Nieporent LLP**
dstein@steinllp.com
dnieporent@steinllp.com
1441 Broadway, Suite 6090
New York, NY 10018
Phone: (212) 308-3444

Joshua Urist
**Urist Law Offices, PLLC**
jurist@uristlaw.com
1441 Broadway, Suite 6147
New York, New York 10018
Telephone: (347) 827-1529

John Heenan
**Heenan & Cook**
john@lawmontana.com
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9081