# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sherwin K. Parikh MD, P.C. d/b/a Tribeca Skin Center; and Dillon Music, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Accessibe, Inc.; John Does 1-5,<br><br>　　　　　　Defendant. | DOCKET NO. 24-cv-4848 (PKC)(GS)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that based upon the enclosed memorandum of law, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, plaintiffs will move this Court for an order disqualifying attorneys at the law firm of Blank Rome, LLP from continuing to represent Defendant, Accessibe, Inc. in this litigation on for hearing at such time and date as the Court may determine.

Dated: January 24, 2025

| | Respectfully submitted, |
|---|---|
| URIST LAW OFFICES, PLLC | STEIN & NIEPORENT LLP |
| By: /s/ Joshua Urist<br>Joshua Urist<br>jurist@uristlaw.com<br>1441 Broadway, Suite 6147<br>New York, New York 10018<br>Telephone: (347) 827-1529 | By: /s/ David Stein<br>David Stein<br>David Nieporent<br>dstein@steinllp.com<br>dnieporent@steinllp.com<br>1441 Broadway, Suite 6090<br>New York, New York 10018<br>Telephone: (212) 308-3444 |
| LAW OFFICES OF ARI BROWN, PLLC | HEENAN & COOK |
| By: /s/ Ari Brown<br>Ari Brown (*Pro Hac Vice*)<br>abrownesq@gmail.com<br>3909 47th Ave. S<br>Seattle, WA 98118<br>Telephone: (206) 412-9320 | By: /s/ John Heenan<br>John Heenan, (*Pro Hac Vice* forthcoming)<br>john@lawmontana.com<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>Telephone: (406) 839-9081 |