UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHERWIN K. PARIKH MD, P.C. d/b/a
TRIBECA SKIN CENTER; and DILLON
MUSIC, on behalf of themselves and all others
similarly situated,

                     Plaintiffs,

                                                                          24-cv-4848 (PKC)

              -against-                                         ORDER

ACCESSIBE, INC.; JOHN DOES 1-5,

                     Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Counsel for Defendant Accessibe shall respond to the motion to disqualify by March 21, 2025. Plaintiffs may reply by April 7, 2025.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
         February 24, 2025