UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHERWIN K. PARIKH MD, P.C. d/b/a
TRIBECA SKIN CENTER, DILLON
MUSIC, and SAFE LIFE DEFENSE, LLC on
behalf of themselves and all others similarly
situated,

                              Plaintiffs,

                                                                    24-cv-4848 (PKC)

            -against-                                               ORDER


ACCESSIBE, INC. and JOHN DOES 1-5,

                              Defendants.
------------------------------------------------------------x

CASTEL, Senior District Judge


        While only minimal diversity is required under section 1332(d)(2) of Title 28, the

Second Amended Complaint fails to allege the citizenship of any of the named parties.

        Plaintiff Sherwin K. Parikh, MD, P.C. is alleged to be a "professional

corporation[,]" and plaintiff Dillon Music is alleged to be an "S. Corporation[.]"  (Compl't

¶¶ 11-12.)   The Second Amended Complaint, however, does not allege their respective principal

places of business, nor the states in which they have been incorporated.[1]  See Washington

National Insurance Co. v. OBEX Group LLC, 958 F.3d 126, 133 (2d Cir. 2020) ("[A]

corporation is a citizen of the state in which it has its principal place of business and every state

in which it has been incorporated.").

_____

[1] The Second Amended Complaint appears to suggest that Sherwin K. Parikh is also a named plaintiff.  (See
Compl't ¶ 11.)  Plaintiffs shall clarify whether that is the case, and if so, the citizenship of Parikh.

- 2 -

Further, plaintiff Safe Life Defense, as a "Limited Liability Company[,]" (Compl't ¶ 13), must allege the citizenship of natural persons who are members of the limited liability company as well as the place of incorporation and principal place of business of any corporate entities that are members of the limited liability company.  See Platinum-Montaur Life Sciences, LLC v. Navidea Biopharmaceuticals, Inc., 943 F.3d 613, 615 (2d Cir. 2019).

Finally, defendant accessiBe is described only as a "company" registered in Delaware with operations in New York.  (Compl't ¶ 14.)  That is insufficient for the purpose of establishing jurisdiction.

By March 25, 2026, plaintiffs shall provide affidavits or declarations setting forth the citizenship of each of the three named plaintiffs, including the basis for citizenship.  Also by March 25, a representative of accessiBe shall file an affidavit or declaration setting forth its citizenship, and the basis for its citizenship.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        March 20, 2026

- 2 -