UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHERWIN K. PARIKH MD, P.C. d/b/a TRIBECA SKIN CENTER; and DILLON MUSIC, on behalf of themselves and all others similarly situated,

Plaintiffs,

24-cv-4848 (PKC)

-against-

ORDER

ACCESSIBE, INC.; JOHN DOES 1-5,

Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

Consistent with Rules 1 &16, Fed. R. Civ. P., the Scheduling Order in this action (ECF 71) is modified only insofar as follows:

1. All fact discovery, including but not limited to document production, depositions, request to admit or any other discovery device of any kind shall be completed by February 26, 2027.
2. All expert discovery shall be completed by April 14, 2027.
3. Pre-motion letters directed to any motion for class certification or summary judgment motion shall be filed by April 30, 2027.
4. The date for Final Pre-Trial Submissions is vacated pending further Order of this Court.
5. The December 2, 2026 conference is adjourned to May 26, 2027 at 2:00 p.m. in Courtroom 11D.

The Letter motion at ECF 75 is granted in part and denied in part and the motion should be terminated.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 10, 2026